



# MEMORANDUM OPINION

No. 04-10-00841-CV

Richard **DELAPENA**, et al.,
Appellants

v.

**CITIMORTGAGE, INC.**, Its successor and/or assigns,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 362134
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed: August 31, 2011

DISMISSED

Appellants' brief was originally due to be filed in this appeal on February 14, 2011. On March 7, 2011, this court ordered appellants to show cause in writing by March 17, 2011 why the appeal should not be dismissed for want of prosecution because the brief had not been filed. On March 17, 2011, appellants responded and requested an extension of time to file the brief. On March 22, 2011, appellants' motion was granted, and appellants were ordered to file their brief by April 22, 2011. On April 25, 2011, appellants filed a motion requesting an additional

extension of time. On May 3, 2011, this court granted appellants' motion and ordered appellants to file their brief by May 22, 2011. The order stated that it was a final extension.

On May 25, 2011, appellants filed a document entitled "Brief." On June 1, 2011, this court struck the brief because it failed to comply with the requirements of Rules 9 and 38.1 of the Texas Rules of Appellate Procedure. Appellants were ordered to file an amended brief by July 1, 2011 correcting the rules violations. On July 7, 2011, this court granted appellants an extension of time to file the amended brief and ordered appellants to file the amended brief by August 1, 2011. On August 1, 2011, appellants filed a motion requesting an additional extension of time to file the amended brief.

On August 4, 2011, this court granted appellants' motion; however, this court's order stated, "Appellants' amended brief must be filed in full compliance with Rules 9 and 38.1 of the Texas Rules of Appellate Procedure **no later than August 15, 2011**. If the amended brief is not filed by August 15, 2011, this appeal will be DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER. *See* TEX. R. APP. P. 42.3(c)." On August 12, 2011, appellants filed another motion requesting an additional extension of time. On August 19, 2011, appellants filed an amended brief; however, the amended brief does not comply with Rule 38.1 because it does not contain any record citations or citations to any authority. *See* TEX. R. APP. P. 38.1(g), (i).

Appellants' motion for extension of time is denied. In accordance with our prior order, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(c). Costs of the appeal are taxed against appellants.

PER CURIAM